UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ALFARO, DAMIAN § Case No. 12-11881 RAM
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOEL L. TABAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____     By:/s/JOEL L. TABAS, TRUSTEE_____
                                                                             Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE | | | | | |
| JOEL L. TABAS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | | | | | |
| Union Bank | | | | | |
| JOEL L. TABAS, ESQ. | | | | | |
| JOEL L. TABAS, ESQ. | | | | | |
| DOCUMENT MANAGEMENT SOLUTIONS, INC. | | | | | |
| DOCUMENT MANAGEMENT SOLUTIONS, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. BOX 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. BOX 360001 Fort Lauderdale, FL 33336-0001 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Judith A. Haner 14641 SW 35 Street Hollywood, FL 33027 | | | | | |
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | Radio/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Scarlett Chadwickcollins 5510 SW 162 Place Miami, FL 33185 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sysco Food Service of 3000 69 Street E Palmetto, FL 34221 | | | | | |
| | Wachrl Po Box 3117 Winston Salem, NC 27102 | | | | | |
| | Walfrido M. Valdes 10702 NW 18 Avenue Palmetto, FL 34221 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfds/Wds Po Box 1697 Winterville, NC 28590 | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-11881 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | | | Date Filed (f) or Converted (c): | 01/25/12 (f) |
| | | | | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 02/11/14 | | | Claims Bar Date: | 10/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash<br>Cash on hand; Order Granting Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | 200.00 | 38.95 | | 38.95 | FA |
| 2. Financial Accounts<br>Checking Account No: xxxx5193 TD Bank; Included in Settlement with Asset #1 | 32.32 | 6.29 | | 6.29 | FA |
| 3. Security Deposits<br>Security deposit held by landlord; Included in Settlement with Asset #1 | 1,200.00 | 233.71 | | 233.71 | FA |
| 4. Household Goods<br>A sofa, love seat, coffee table, two lamps, two TV, VCR, DVD player, stereo, pots, pans, dishes, silverware, toaster, coffee pot, microwave, dining room table with four chairs, bed, dresser, two night table, printer, computer, chair.; Included in Settlement with Asset #1 | 850.00 | 165.54 | | 165.54 | FA |
| 5. Wearing Apparel<br>Used clothes and shoes, value is debtors valuation based on age and condition; Included in Settlement with Asset #1 | 150.00 | 29.21 | | 29.21 | FA |
| 6. Furs and Jewelry<br>A watch and costume jewelry, value is debtors valuation based on age and contion.; Included in Settlement with Asset #1 | 50.00 | 9.74 | | 9.74 | FA |
| 7. Stock | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-11881 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | | | Date Filed (f) or Converted (c): | 01/25/12 (f) |
| | | | | 341(a) Meeting Date: | 03/01/12 |
| | | | | Claims Bar Date: | 10/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Alfa Service Truck LLC EIN No: 27-2751250 Assets: Business Bank Account Balance $203.64 Expenses: Monthly business expenses $3000.00 Business value is zero | | | | | |
| 8. Vehicles<br><br>2003 Cadillac Escalade ESV Mileage: 153,420 Value is based on vehicle appraisal dated 01/07/2012; to be turned over pursuant to the Motion to Approve Stipulation for Compromise and Controversy, 5/4/12 (ECF 29); Order Granting Motion for Authority to Conduct Public Auction of Vehicle, 2/19/13 (ECF 49) | 6,281.13 | 3,555.00 | | 4,100.00 | FA |
| 9. Vehicles<br><br>2002 Toyota Rav-4 Own jointly with ex-girlfriend Debtor no longer in possession of this vehicle.; Included in Settlement with Asset #1 | 0.00 | 1,516.56 | | 1,516.56 | FA |
| 10. Boats and Accessories<br><br>Homemade Trailer, of no value. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $8,763.45 | $5,555.00 | | $6,100.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/15/13    Current Projected Date of Final Report (TFR): 02/15/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-11881 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3943 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | |
| For Period Ending: | 02/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 200.00 |
| | 1 | | Memo Amount:         38.95  Asset #1 | 1129-000 | | | |
| | 2 | | Memo Amount:          6.29  Asset #2 | 1129-000 | | | |
| | 3 | | Memo Amount:        154.76  Asset #3 | 1129-000 | | | |
| 06/04/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 400.00 |
| | 3 | | Memo Amount:         78.95  Asset 3 | 1129-000 | | | |
| | 4 | | Memo Amount:        121.05  Asset #4 | 1129-000 | | | |
| 07/02/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 600.00 |
| | 4 | | Memo Amount:         44.49  Asset 4 | 1129-000 | | | |
| | 5 | | Memo Amount:         29.21  Asset 5 | 1129-000 | | | |
| | 6 | | Memo Amount:          9.74  Asset 6 | 1129-000 | | | |

Page Subtotals    600.00    0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-11881 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3943 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | |
| For Period Ending: | 02/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 9 | | Memo Amount: 116.56 Asset 9 | 1129-000 | | | |
| 07/30/12 | 9 | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | 1129-000 | 200.00 | | 800.00 |
| 08/29/12 | 9 | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | 1129-000 | 200.00 | | 1,000.00 |
| 09/25/12 | 9 | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | 1129-000 | 200.00 | | 1,200.00 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,197.54 |
| 10/29/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 1,397.54 |
| | 9 | ASSET 9 | Memo Amount: 200.00 | 1129-000 | | | |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,382.54 |
| 11/28/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 1,582.54 |
| | 9 | ASSET 9 | Memo Amount: 200.00 | 1129-000 | | | |
| | | | Page Subtotals | | 1,000.00 | 17.46 | |

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-11881 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3943 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | |
| For Period Ending: | 02/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,567.54 |
| 12/28/12 | | DAMIAN ALFARO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33) | | 200.00 | | 1,767.54 |
| | 9 | ASSET 9 | Memo Amount: 200.00 | 1129-000 | | | |
| 01/10/13 | 010001 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA 70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 1.27 | 1,766.27 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,751.27 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,736.27 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,721.27 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,706.27 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,691.27 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,676.27 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,661.27 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,646.27 |
| 08/27/13 | | DAMIAN ALFARO | Order Granting Trustee's Motion to | | 200.00 | | 1,846.27 |

Page Subtotals    400.00    136.27

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-11881 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALFARO, DAMIAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3943  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | |
| For Period Ending: | 02/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 9 | ASSET 9 | Approve Stipulation for Compromise and Settlement, 6/4/12 (ECF 33)<br>Memo Amount:     200.00 | 1129-000 | | | |
| 08/29/13 | | DMS, Inc | Order Granting Trustee's Motion for Authority to Conduct Public Auction of Vehicle, 02/19/2013 (ECF 49) | | 4,100.00 | | 5,946.27 |
| | 8 | ASSET 8 | Memo Amount:     4,100.00 | 1129-000 | | | |
| 09/05/13 | 010002 | Document Management Solutions, Inc.<br>4700 SW 51 St., #208<br>Davie, FL 33314 | Order Granting Trustee's Motion to (1) Employ DMS, Inc. as Auctioneer and (2) for Authority to Py Auctioneer, 1/24/13 (ECF 45)<br><br>10% commission of gross proceeds from sale of 2003 Cadillac Escalade | 3630-000 | | 410.00 | 5,536.27 |
| 09/05/13 | 010003 | Document Management Solutions, Inc.<br>4700 SW 51 St., #208<br>Davie, FL 33314 | Order Granting Trustee's Motion to (1) Employ DMS, Inc. as Auctioneer and (2) for Authority to Py Auctioneer, 1/24/13 (ECF 45)<br><br>Expenses from sale of 2003 Cadillac Escalade | 3640-000 | | 1,240.00 | 4,296.27 |
| 12/17/13 | 010004 | Joel L. Tabas, Trustee<br>14 NE 1st Ave., Penthouse<br>Miami, FL 33132 | Chapter 7 Compensation/Fees | 2100-000 | | 1,360.00 | 2,936.27 |
| 12/17/13 | 010005 | Joel L. Tabas, Trustee<br>14 NE 1st Ave., Penthouse<br>Miami, FL 33132 | Chapter 7 Expenses | 2200-000 | | 15.28 | 2,920.99 |

Page Subtotals     4,100.00     3,025.28

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 12-11881 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ALFARO, DAMIAN | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******3943  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | | |
| For Period Ending: | 02/11/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/13 | 010006 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>f/k/a Tabas Freedman Soloff Brown&Rigali<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Attorney for Trustee Fees | 3110-000 | | 1,200.00 | 1,720.99 |
| 12/17/13 | 010007 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>f/k/a Tabas Freedman Soloff Brown&Rigali<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Attorney for Trustee Expenses | 3120-000 | | 111.23 | 1,609.76 |
| 12/17/13 | 010008 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Claim 000004A, Payment 7.031687498% | 5800-000 | | 1,609.76 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 5,500.00 | COLUMN TOTALS | | 6,100.00 | 6,100.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 6,100.00 | 6,100.00 | |
| Memo Allocation Net: | 5,500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 6,100.00 | 6,100.00 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 5,500.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******3943) | | 6,100.00 | 6,100.00 | 0.00 |
| Total Memo Allocation Net: | 5,500.00 | | | 6,100.00 | 6,100.00 | 0.00 |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | | 0.00 | 2,920.99 | |

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 12-11881 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ALFARO, DAMIAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3943  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9168 | | |
| For Period Ending: | 02/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******3943 | | Transfers) | To Debtors) | On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*